UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE ANDREW WHITWORTH,<br><br>Plaintiff,<br><br>v.<br><br>ALSCO CORPORATION, et al.,<br><br>Defendants. | Case No.18-cv-02402-BLF (VKD)<br><br>**ORDER SETTING DISCOVERY MANAGEMENT CONFERENCE** |

This Court sets a discovery management conference for November 13, 2018, 10:00 a.m., Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose California. The parties are directed to appear and be prepared to discuss the current status of discovery in this matter.

**IT IS SO ORDERED.**

Dated: October 29, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge